**MAGISTRATE JUDGE SCHENKIER**

**FELONY**

**JUDGE THARP**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **YES**
   1a. If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **12 CR 658, USA v. David Tresch** *Magistrate Schenkier*

   1b. Should this indictment or information receive a new case number from the court? **NO**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **Felony**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **YES**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **Larceny and Theft (IV)**

10) List the statute of each of the offenses charged in the indictment or information.
    **18 USC 1341; 18 USC 1346**

*Terra Reynolds*
Assistant United States Attorney

**FILED**
1-11-13
JAN 11 2013

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**