Order Form (01/2005)

12 GJ 561  IS 

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE MASON |
|---|---|---|---|
| **CASE NUMBER** | 12-CR-00658 | **DATE** | 10 JANUARY 2013 |
| **CASE TITLE** | U.S. v. DAVID TRESCH & NICHOLAS DEMARS | | |

MAGISTRATE JUDGE SCHENKIER

**DOCKET ENTRY TEXT** — **UNDER SEAL** — JUDGE THARP

### Grand Jury Proceeding

The Grand Jury for _SPECIAL SEPTEMBER 2012_ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge ___[signature]___

BOND SET BY MAGISTRATE JUDGE TO STAND AS TO DAVID TRESCH.

BOND TO BE DETERMINED AT ARRAIGNMENT AS TO NICHOLAS DEMARS.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DEFENDANT OR BY FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE ___[signature]___ (ONLY IF FILED
or MAGISTRATE JUDGE UNDER SEAL)

Courtroom Deputy Initials: rbf